IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>     v.<br><br>DAVID JON RENDON,<br><br>                Respondent. | Case No. 1:10-cr-30049-MC-1<br><br>ORDER GRANTING MOTION TO REDUCE SENTENCE (COMPASSIONATE RELEASE) |

This matter having come before the Court on the motion of the Defndant to reduce sentence pursuant to 18 U.S.C. 21 3582(c)(1)(A)(i) (Compassionate Release), and based on the information filed to date and the agreement of the parties:

IT IS HEREBY ORDERED that the Motion to Reduce Sentence is granted. Defendant shall be released to the commence his term of supervised release. He shall initially reside in the RRC in Portland, Oregon for 6-12 months, during which time he will promptly participate in an ASAM evaluation and then participate in the recommended level of treatment. After 6 months and the successful completion of that treatment, Defendant may be released to the community (and seek the transfer of supervision to California where he had his fiancè reside.

Dated this  10th  day of November, 2021.

                                            s/Michael J. McShane
                                            Michael J. McShane
                                            United States District Judge

Submitted by:

*/s/ Thomas J. Hester*
Thomas J. Hester
Assistant Federal Public Defender